# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:20-CR-00205-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| TIMOTHY LAMONT JOHNSON | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment Without Prejudice (#21). The Government requests dismissal in the above-captioned matter because Defendant pleaded guilty in a related matter. See United States v. Johnson, No. 3:20-CR-449-MOC-DCK-1. Finding good cause for dismissal, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Bill of Indictment Without Prejudice (#21), is **GRANTED**, and the indictment in the above-captioned matter is **DISMISSED WITHOUT PREJDUICE** as to Defendant.

Signed: January 9, 2021

Max O. Cogburn Jr
United States District Judge